## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSE PALMER, ADMINISTRATRIX OF THE ESTATE OF EVERETT PALMER, JR., DECEASED<br>   Plaintiff<br><br>v.<br><br>YORK COUNTY, PENNSYLVANIA, *et al.*<br>   Defendants | NO. 1:20-CV-00539<br><br>CIVIL ACTION – LAW<br><br>HON. SYLVIA H. RAMBO<br><br>ELECTRONICALLY FILED<br><br>JURY TRIAL DEMANDED |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Rose Palmer and Defendant Axon Enterprise, Inc. ("the Parties"), by and through their respective counsel and pursuant to Rule 41(a)(1), hereby stipulate to the dismissal of all claims against Defendant Axon with prejudice, with the parties to bear their own fees and costs.

Respectfully submitted this 24th day of November, 2020.

<div style="columns:2">

*/s/John Coyle, w/permission*
John J. Coyle, Esq.

**McELDREW YOUNG**
Daniel N. Purtell, Esquire
PA Attorney I.D. No.: 310376
John J. Coyle, Esquire
PA Attorney I.D. No.: 312084
123 S. Broad Street, Suite 2250
Philadelphia, PA 19109
(215) 545-8800
jim@mceldrewyoung.com
dpurtell@mceldrewyoung.com
jcoyle@mceldrewyoung.com

**MERRITT LAW**
S. Lee Merritt, Esquire
PA Attorney I.D. No.: 314891
123 S. Broad Street, Suite 2250
Philadelphia, PA 19109
(215) 545-8800
lee@leemerrittesq.com

*Attorneys for Plaintiff*

*/s/ Kali Enyeart Book*
Kali Enyeart Book, Esq.

**GOODELL, DEVRIES, LEECH & DANN, LLP**
Kali Enyeart Book *MDPA Admitted*
(PA Bar No. 308983)
One South Street
20th Floor
Baltimore, MD 21202
Phone: 410-783-4000
*Fax: 410-783-4040*
kbook@gdldlaw.com

*Attorney for Defendant*
*Axon Enterprise, Inc.*

</div>

| | |
|---|---|
| */s/ Matthew Clayberger, w/permission* <br> Matthew Clayberger, Esq. | */s/ John Ninosky, w/permission* <br> John R. Ninosky |

**THOMAS, THOMAS & HAFER, LLP**
Matthew Clayberger, Esq.
305 N. Front Street
6th Floor
Harrisburg, PA 17101
717-237-7150
mclayberger@tthlaw.com

*Attorney for Defendants*
*York County Pennsylvania,*
*York County Prison Board,*
*Eric Emig, Nicholas Cessna,*
*Donald Klopp, Timothy Irizarry,*
*Greggory Clark, William Lybrand,*
*Tyler Larkin, Max Fink, Wayne Smith,*
*Ted Konasol, Brandon Schneider,*
*Nathan Fitzkee, Steven Bolding,*
*Ronald Belt*

**MARSHALL DENNEHY WARNER COLEMAN & GOGGIN**
John R. Ninosky, Esq.
100 Corporate Center Drive
Suite 201
Camp Hill, PA 17011
717-651-3709
jrninosky@mdwcg.com

*Attorney for Defendants*
*Prime Care Medical, Inc.,*
*David Zinn, Catherine Steuffer,*
*Joanne Webster, Joshua Pauley,*
*Bryce Lefever, Dianna Knight*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2020, the foregoing Joint Stipulation of Dismissal with Prejudice was electronically filed with the Clerk of Court using the CM/ECF system to notify all counsel of record.

*Kali Enyeart Book*