IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROSE PALMER, AS ADMINISTRATRIX OF THE ESTATE OF EVERETT PALMER, JR.,** | : : : : : | Civ. No. 1:20-CV-00539 |
| Plaintiff, | : : | |
| vs. | : : | |
| **YORK COUNTY, et al.,** | : : | |
| Defendants. | : | Judge Sylvia H. Rambo |

# O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion for judgment on the pleadings (Doc. 52) filed by Defendants Eric Emig, Nicholas Cessna, Donald Kopp, Timothy Irizarry, Greggory Clark, William Lybrand, Tyler Larkin, Max Fink, Wayne Smith, Ted Konasol, Brandon Schneider, Nathan Fitzkee, Steven Bolding, and Ronald Belt is **DENIED.**

Dated: February 9, 2021

*s/Sylvia H. Rambo*
Sylvia H. Rambo
United States District Judge