IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROSE PALMER, AS ADMINISTRATRIX OF THE ESTATE OF EVERETT PALMER, JR.,** | : : : : : | Civ. No. 1:20-CV-00539 |
| Plaintiff, | : : | |
| vs. | : : | |
| **YORK COUNTY, et al.,** | : : | |
| Defendants. | : | **Judge Sylvia H. Rambo** |

## O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion for judgment on the pleadings (Doc. 63) filed by Defendants David Zinn, Catherine Steuffer, Joanne Webster, Diana Knight, Joshua Pauley, Katherine Shield, and Bryce Lefever and PrimeCare Medical, Inc. is **GRANTED** as to Defendants Katherine Shield and PrimeCare Medical Inc. and **DENIED** in all other respects.

Katherine Shield and PrimeCare Medical Inc. are **DISMISSED** from this action without prejudice to Ms. Palmer's right to amend her claims against them by filing a second amended complaint within twenty-one days of this order.

Dated: February 22, 2020

*s/Sylvia H. Rambo*
Sylvia H. Rambo
United States District Judge
