# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROSE PALMER, Administratrix** | : | Civil No. 1:20-CV-539 |
| **Estate of Everett Palmer, deceased,** | : | |
| | : | |
| **Plaintiff,** | : | **(Judge Rambo)** |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **YORK COUNTY, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW this th day of December 2021, in accordance with the accompanying Memorandum Opinion, IT IS ORDERED THAT the plaintiff's motion to compel (Doc. 89) is GRANTED in part and DENIED in part as follows:

First, on or before **January 7, 2022**, the defendants will produce all relevant materials in the possession, custody, and control that are responsive to the plaintiff's outstanding discovery requests, while specifically designating those materials which they deem in good faith to be confidential. Given that injury and prejudice justifying continued confidentiality "must be shown with specificity," Publicker Indus., 733 F.2d at 1071, the defendants should refrain from sweeping assertions of confidentiality.

Second, once these materials are produced with certain records designated confidential, the parties shall consult and confer and, on or before **January 21, 2022**,

the plaintiff may identify those records she believes should not be treated as confidential.

On or before **January 28, 2022**, the parties will then submit a joint status report to the court identifying those materials whose confidentiality remains dispute. It will fall to the defense in this status report to justify a continuing confidentiality designation in accordance with the multi-factor, discretionary standards previously prescribed by the courts. Depending upon the volume of materials identified in this report, the court may direct the submission of these materials for inspection by the court *in camera* or conduct other proceedings to resolve any lingering confidentiality concerns.

*s/ Martin C. Carlson*  
Martin C. Carlson  
United States Magistrate Judge